UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

FELECIA ROYALTY,

    Plaintiff,

-vs-                                                    Case No:

SEALIFT, INC.,

    Defendant.
_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net
_____/

## COMPLAINT

    NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

    2.    Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

1

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about May 15, 2016, Plaintiff was in an overworked state, the vessel having been shorthanded, when she was required to negotiate a stairwell that was unreasonably slippery while carrying a pan of raw beef when she slipped because of said failure to provide a safe place to work and seaworthy vessel, fell down the stairs and was injured.

5. Following the injury aforesaid, Defendant neglected, and did not, make timely payment of maintenance and cure thereby aggravating and/or prolonging Plaintiff's underlying injury sustained, in a recalcitrant, intentional manner, thereby giving rise to an additional claim for attorney fees and punitive damages.

6. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

      a. Pain and suffering, past future;

      b. Mortification, humiliation, fright shock and embarrassment;

      c. Loss of earnings and earning capacity;

      d. Hospital, pharmaceutical and other cure expenses;

      e. Aggravation of prior condition, if any there be;

      f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

      g. Mental anguish;

      h. Found;

      i.      Maintenance, cure, punitive damages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

            O'BRYAN BAUN KARAMANIAN

            /s/ Dennis M. O'Bryan

            _____
            DENNIS M. O'BRYAN
            Attorneys for Plaintiff
            401 S. Old Woodward, Suite 463
            Birmingham, MI 48009
            (248) 258-6262
            (248) 258-6047 - fax
            dob@obryanlaw.net

DATED:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

FELECIA ROYALTY,

    Plaintiff,

-vs-                                      Case No:

SEALIFT, INC.,

    Defendant.
_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI  48009
(248)  258-6262
(248) 258-6047 - fax
dob@obryanlaw.net
_____/

## DEMAND FOR TRIAL BY JURY

    NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                              O'BRYAN BAUN KARAMANIAN

                                              /s/ Dennis M. O'Bryan

                                              _____
                                              DENNIS M. O'BRYAN
                                              Attorneys for Plaintiff
                                              401 S. Old Woodward, Suite 463
                                              Birmingham, MI  48009
                                              (248) 258-6262   (248) 258-6047 - fax

Dated: